UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LYNNE CADENAS, individually and as next friend on behalf of M.C. (minor), and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>TOC ENTERPRISES, INC., d/b/a Tennessee Orthopaedic Clinics, a division of TENNESSEE ORTHOPAEDIC ALLIANCE, P.A.,<br><br>    Defendant. | Case No. 3:23-cv-00598<br><br>Judge Aleta A. Trauger |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Danielle L. Perry hereby moves for admission to appear pro hac vice in the above-mentioned action as counsel for Lynne Cadenas (Plaintiff).

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the District of Nebraska. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 29 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted or a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and email address of local counsel retained in this matter:

> Lisa A. White
> MASON LLP
> 9117 Millertown Pike
> Mascot, TN 37806
> T: (202) 429-2290
> lwhite@masonllp.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ *Danielle L. Perry*

Danielle L. Perry
DC Bar No. 1034960
MASON LLP
5335 Wisconsin Ave., NW, Suite 640
Washington, DC 20015
T: (202) 429-2290
dperry@masonllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21th day of June 2023, I served true copies of the **MOTION FOR ADMISSION *PRO HAC VICE*** by USPS Certified Mail on the following defendant.

Tennessee Orthopaedic Alliance, P.A.
c/o Dr. William B. Kurtz, MD (Registered Agent)
8 City Blvd., Suite 300
Nashville, TN 37209

/s/ *Danielle L. Perry*

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

## CERTIFICATE OF GOOD STANDING

I, __Denise M. Lucks__, Clerk of this Court, certify that __Danielle Lynn Perry__, Bar # __NA__, was duly admitted to practice in this Court on __09/21/2022__, and is in good standing as a member of the Bar of this Court.

Dated at __Omaha, NE__ on __06/20/2023__
       *(Location)*              *(Date)*

Denise M. Lucks
*CLERK*

*DEPUTY CLERK*