UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LYNNE CADENAS, individually and as next friend on behalf of M.C. (minor), and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>TOC ENTERPRISES, INC., d/b/a Tennessee Orthopaedic Clinics, a division of TENNESSEE ORTHOPAEDIC ALLIANCE, P.A.,<br><br>    Defendant. | Case No. 3:23-cv-00598<br><br>Judge Aleta A. Trauger |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Gary E. Mason hereby moves for admission to appear pro hac vice in the above-mentioned action as counsel for Lynne Cadenas (Plaintiff).

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 29 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted or a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and email address of local counsel retained in this matter:

>Lisa A. White
>MASON LLP
>9117 Millertown Pike
>Mascot, TN 37806
>T: (202) 429-2290
>lwhite@masonllp.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ *Gary E. Mason*

Gary E. Mason
DC Bar No. 418073
MASON LLP
5335 Wisconsin Ave., NW, Suite 640
Washington, DC 20015
T: (202) 429-2290
gmason@masonllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July 2023, I served true copies of the **MOTION FOR ADMISSION *PRO HAC VICE*** by USPS Certified Mail on the following defendant.

Tennessee Orthopaedic Alliance, P.A.
c/o Dr. William B. Kurtz, MD (Registered Agent)
8 City Blvd., Suite 300
Nashville, TN 37209

/s/ <u>*Gary E. Mason*</u>