# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LYNNE CADENAS, individually and as next friend on behalf of M.C. (minor), and JENNIFER BANDY, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOC ENTERPRISES, INC d/b/a Tennessee Orthopaedic Clinics, a division of TENNESSEE ORTHOPAEDIC ALLIANCE, P.A.,<br><br>Defendant. | Case No. 3:23-CV-00598<br><br>District Judge Aleta A. Trauger |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO SET A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL

Plaintiff Lynne Cadenas, individually, and as next friend on behalf of M.C. (minor), and Jennifer Bandy ("Plaintiffs"), and Defendant TOC Enterprises, Inc. d/b/a Tennessee Orthopaedic Clinics ("Defendant"), hereby submit this Joint Notice of Settlement and notify the Court that on August 12, 2023, the Parties reached an agreement in principle to settle this action on a class-wide basis. This agreement, if preliminarily and finally approved, will dispose of the above-captioned action in its entirety. The Parties are presently drafting the settlement documents and anticipate filing a motion for preliminary approval on or before October 3, 2023.

In light of the settlement and the forthcoming motion for preliminary approval, the Parties respectfully request that the Court vacate all pending case deadlines and order Plaintiffs to file their Motion for Preliminary Approval by October 3, 2023.

Respectfully submitted,

*/s/ Kathryn H. Walker*
Kathryn H. Walker (BPR No. 020794)
Taylor M. Sample (BPR No. 034430)
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: 615.742.6200
Facsimile: 615.742.6293

Casie D. Collignon (*admitted pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805
ccollignon@bakerlaw.com

*Attorneys for Defendant*


/s/ *Gary E. Mason*
Gary E. Mason (*admitted pro hac vice*)
Danielle L. Perry (*admitted pro hac vice*)
Lisa A. White (TN BPR # 026658)
**Mason LLP**
5335 Wisconsin Ave NW, Ste. 640
(202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing has been served upon counsel, via the Court's CM/ECF e-mail notification system, on this 16th day of August, 2023:

    Gary E. Mason
    Danielle L. Perry
    Lisa A. White
    Mason LLP
    5335 Wisconsin Ave NW, Ste. 640
    (202) 429-2290
    gmason@masonllp.com
    dperry@masonllp.com
    lwhite@masonllp.com

                                      */s/ Kathryn H. Walker*