10UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LYNNE CADENAS, individually and as next friend on behalf of M.C. (minor), and JENNIFER BANDY, on behalf of all others similarly situated,** ) ) ) ) ) | |
| **Plaintiffs,** ) ) | **Case No. 3:23-CV-00598** |
| v. ) ) | **District Judge Aleta A. Trauger** |
| **TOC ENTERPRISES, INC d/b/a Tennessee Orthopaedic Clinics, a division of TENNESSEE ORTHOPAEDIC ALLIANCE, P.A.,** ) ) ) ) ) | |
| **Defendant.** ) | |

## ORDER

The Parties Joint Motion for Extension of Time to File Motion for Preliminary Approval is GRANTED. The Plaintiffs shall file their Unopposed Motion for Preliminary Approval by Friday October 27, 2023.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE