Motion GRANTED.
[signature]

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER BANDY, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOC ENTERPRISES, INC d/b/a Tennessee Orthopaedic Clinics, a division of TENNESSEE ORTHOPAEDIC ALLIANCE, P.A.,<br><br>Defendant. | Case No. 3:23-cv-00598<br><br>District Judge Aleta A. Trauger |

**PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Jennifer Bandy, individually and behalf of others similarly situated ("Plaintiff") hereby moves this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiff and Defendant TOC Enterprises, Inc. d/b/a/ Tennessee Orthopaedic Clinics, a division of Tennessee Orthopaedic Alliance, P.A.'s ("Defendant" or "TOC"), and the attachments thereto, including the Short Notice, Long Form Notice, Claim Form, Proposed and Preliminary Approval Order, attached to the Declaration of Danielle L. Perry, filed in support of this motion;

2. Conditionally certify the Settlement Class;

3. Appoint Plaintiff Jennifer Bandy Class Representative;

4. Appoint Lisa A. white and Danielle L. Perry of Mason LLP as Class Counsel;

5. Approve a customary short form notice to be mailed to Settlement Class Members (the "Short Notice") in a form substantially similar to that attached as Exhibit A to the Settlement Agreement;