UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LYNNE CADENAS, individually and as next friend on behalf of M.C. (minor), and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOC ENTERPRISES, INC d/b/a Tennessee Orthopaedic Clinics, a division of TENNESSEE ORTHOPAEDIC ALLIANCE, P.A.,<br><br>Defendant. | Case No. 3:23-CV-00598<br><br>District Judge Aleta A. Trauger |

### MOTION FOR ADMISSION *PRO HAC VICE* OF KEELEY O. CRONIN

Pursuant to Rule 83.01 of the Local Rules of Court of the United States District Court, Middle District of Tennessee, Keeley O. Cronin hereby moves for admission *pro hac vice* in the above-mentioned action as counsel for Defendant TOC Enterprises, Inc. d/b/a Tennessee Orthopaedic Clinics ("Defendant").

1. I am a member in good standing of the United States District Court for the District of Colorado. Attached is a Certificate of Good Standing from that Court.

2. I am not, nor have I ever been, the subject of a disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 29 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and email address of local counsel retained in this matter:

> Kathryn H. Walker
> Taylor M. Sample
> BASS, BERRY & SIMS PLC
> 150 Third Avenue South, Suite 2800
> Nashville, TN 37201
> Telephone (615) 742-6200
> Facsimile (615) 742-6293
> kwalker@bassberry.com
> taylor.sample@bassberry.com

8. I have read and am familiar with Local Rules of Court for the United States District Court, Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

> Respectfully submitted,
>
> /s/ Keeley O. Cronin
> Keeley O. Cronin
> BAKER & HOSTETLER LLP
> 1801 California Street, Suite 4400
> Denver, CO 80202
> Telephone: 303.861.0600
> Facsimile: 303.861.7805
> Email: kcronin@bakerlaw.com
>
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been served upon counsel, via the Court's CM/ECF e-mail notification system, on this the 15th day of December, 2023:

| | |
|---|---|
| Danielle L. Perry<br>Whitfield Bryson LLP<br>Washington, DC 20001<br>(202) 640-1168<br>dperry@wbmllp.com | Gary E. Mason<br>Lisa A. White<br>Mason LLP<br>5335 Wisconsin Ave NW, Ste. 640<br>(202) 429-2290<br>gmason@masonllp.com<br>lwhite@masonllp.com |

                                                   */s/ Keeley O. Cronin*
                                                   Keeley O. Cronin

3

Case 3:23-cv-00598    Document 40    Filed 12/15/23    Page 3 of 4 PageID #: 484



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO,** ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Keeley Onna Cronin**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **11th**

day of **May** A.D. **2020** and that at the date

hereof the said **Keeley Onna Cronin** is in good standing

at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **15th** day of **December** A.D. **2023**

*Cheryl Stevens*
Clerk

By _[signature]_
Deputy Clerk