UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER BANDY, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOC ENTERPRISES, INC d/b/a Tennessee Orthopaedic Clinics, a division of TENNESSEE ORTHOPAEDIC ALLIANCE, P.A.,<br><br>Defendant. | Case No. 3:23-CV-00598<br><br>District Judge Aleta A. Trauger |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Jennifer Bandy, individually and on behalf of all others similarly situated, hereby moves for final approval of the Class Action Settlement preliminarily approved by this Court on November 7, 2023 [ECF No. 38]. For the reasons set forth in the Memorandum filed herewith, the Declaration of Notice and Claims Administrator Cameron R. Azari, *Esq.* also filed herewith, as well as all other pleadings and papers on file in this action, Plaintiff respectfully requests this Court:

1. Grant final certification of the Class for settlement purposes only;
2. Appoint Plaintiff Jennifer Bandy as Class Representative;
3. Appoint Lisa A. White and Danielle L. Perry of Mason LLP as Class Counsel;
4. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;
5. Find that the terms of the Settlement Agreement fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

6. Direct the Parties, their respective attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement; and

7. Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order filed herewith.

Dated: February 29, 2024

By: /s/ *Lisa A. White*
Lisa A. White (TN Bar No. 026658)
Danielle L. Perry (*admitted pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, D.C. 20015
Phone: (202) 429-2290
lwhite@masonllp.com
dperry@masonllp.com

*Counsel for Plaintiff and the Proposed Class*